# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PATRICK J. HOPKINS,

             Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PA, AND
DISTRICT ATTORNEY OF
PHILADELPHIA COUNTY, PA,

             Respondents

: No. 57 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Application for Leave to File Original Process and the Petition for Extraordinary Relief and/or Habeas Corpus Relief are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (providing that hybrid representation is improper). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.